```
ORDER - Minute Entry, Transferring Cs to T/Dist Crt of Guam

8/4/88    15    STIPULATION and ORDER   by Judge Harry L. Hupp for leave to
file first amd cmp. (Relates to MDL 1237) (shb) [Entry date 08/12/99]
[2:98cv6341]

8/5/98    1    COMPLAINT filed Summons(es) Issued referred to Discovery Ralph
Zarefsky (bg) [Entry date 08/06/98] [2:98cv6341]

8/26/98    2    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case)
filed. [ Related Case no.: CV97-7023 HLH (RCx)]  Case  transferred from Judge
A. A. Hauk to Judge Harry L. Hupp for all further proceedings. The case
number will now      reflect the initials of the transferee Judge [ CV98-6341
HLH (RCx)]., Case referred from Discovery Ralph Zarefsky to Discovery Rosalyn
M. Chapman . (cc: all counsel) (jc) [Entry date
08/26/98] [2:98cv6341]

9/8/98    4    SUPPLEMENTAL ORDER OF CONSOLIDATION by Judge Harry L. Hupp Case
consolidated 2:98ml-1237; CV 98-6278 HLH; CV 98-6299 HLH; CV 98-6300 HLH; CV
98-6308 HLH; CV 98-6311 HLH; CV 98-6319; CV 98-6336 HLH; CV 98-6337 HLH;CV
98-6339 HLH; CV 98-6341 HLH; CV 98-6343 HLH CV 98-6344: CV 98-6345 HLH; CV
98-6365  HLH; CV 98-6805 HLH & CV 98-6806 HLH. (et) [Entry date 10/30/98]
[2:98cv6341]

10/2/98    3    WAIVER OF  SERVICE of SUMMONS by defendant Serco Management Svc
sent by plf on 8/24/98 accepted on 8/26/98 by R M Kern, atty for dft. (lk)
[Entry date 10/05/98]
[2:98cv6341]

10/23/98    5    ANSWER filed by defendant Serco Management Svc, defendant
Serco Group Inc, defendant Serco Inc, defendant Serco Group Plc, defendant
Barton Atc Int'l Inc, defendant
Barton ATC Inc to complaint [1-1]; jury demand (et)    [Entry date
11/02/98]    [2:98cv6341]

10/28/98    6    ANSWER filed by defendant USA to complaint [1-1] (et)
[Entry date 11/02/98] [2:98cv6341]

3/22/99    9    STIPULATION filed that dft and 3rd pty pltf USA may have leave
to file 3rd pty cmp in the following cases cv     98-6466, 98-6334, 98-6336;
98-6344; 98-6337; 98-6343;
98-6345; 98-6338; 98-6342; 98-6339;98-6465; 98-6341; 98-6463; MD:1237) (shb)
[Entry date 04/09/99]    [2: 98cv6341]

3/26/99    7    ORDER by Judge Harry L. Hupp that the USA is granted leave to
file 3rd pty complaints in case nos: MDL 1237, cv 98-6466; 98-6334; 98-6336;
98-6344; 98-6343;
98-6345; 98-6342; 98-6339; 98-6463; 98-6465) (shb) [Entry date 04/08/99]
[2:98cv6341]

3/30/99    8    THIRD-PARTY COMPLAINT: by defendant USA; adding Korean Air
Lines Co; Summons not issued (Relates to MDl 1237, cv 98-6334; 98-6336;
98-6344; 98-6337; 98-6343; 98-6345;    98-6338; 98-6342; 98-6339; 98-6465;
98-6463) (shb)  [Entry date
04/08/99] [2:98cv6341]

4/22/99    10    NOTICE OF CHANGE Of Address filed by Korean Air Lines  Co.,m
Ltd re Condon & Forsythe (RE MDL 1237) (shb) [Entry date 04/23/99]
[2:98cv6341]
```

5/4/99    11    WAIVER OF SERVICE of SUMMONS by third-party defendant Korean
Air Lines Co sent by plf on 4/14/99 [Related to MDL # 1237] (et) [Entry date
05/05/99]    [2:98cv6341]

6/10/99    12    ANSWER TO THIRD PARTY COMPLAINT [8-1] by third-party defendant
Korean Air Lines Co (Relates to MDl 1237, cv 98-6466, 98-6334; 98-6336;
98-6344; 98-6337; 98-6343; 98-6345; 98-6337; 98-6342; 98-6339; 98-6465;
98-6463) (shb)   [Entry
date 06/17/99] [Edit date 06/17/99] [2:98cv6341]

6/10/99    12    COUNTERCLAIM by third-party defendant Korean Air Lines Co
against counter-claimant Korean Air Lines Cocntdft Serco Management Svc;
summons not issued (Relates to MDl 1237, cv 98-6466; 98-6334; 98-6336;
98-6344; 98-6337; 98-6343;
98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb) [Entry
date 07/09/99]   [2:98cv6341]

7/8/99    13    ANSWER TO cross claim incorrectly labeled COUNTERCLAIM of
Korean Air Lines [12-1] by counter-defendant Serco Management Svc (Relates to
MDL 1237, cv 98-6466; 98-6334; 98-6344; 98-6337; 98-6343; 98-6345; 98-6338;
98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb)       [Entry date 07/09/99]
[2:98cv6341]

7/8/99    13    COUNTERCLAIM by counter-defendant Serco Management Svc against
counter-claimant Korean Air Lines Co ; summons not issued (Relates to MDL
1237, cv
98-6466; 98-6334; 98-6336; 98-6344; 98-6337; 98-6343; 98-6345; 98-6338;
98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb)       [Entry date 07/09/99]
[2:98cv6341]

7/15/99    14    ANSWER TO COUNTERCLAIM of Serco Management [13-1] by
counter-defendant Korean Air Lines Co (Relates to MDL 1237, cv 98-6466;
98-6334; 98-6336; 98-6344; 98-6337; 98-6343;    98-6345; 98-6338; 98-6342;
98-6339; 98-6465;
98-6341; 98-6463) (shb) [Entry date 07/19/99] [2:98cv6341]

8/4/99    16    FIRST AMENDED COMPLAINT [1-1] by plaintiff Seon Kang Kang,
plaintiff Cheol Seok Seo; adding Korean Air Lines Co; jury demand.   Summons
not issued (Relates to MDL 1237) (shb) [Entry date 08/12/99] [2:98cv6341]

8/4/99        SUMMONS issued as to defendant Korean Air Lines Co on first amd
cmp (Relates to MDL 1237) (shb) [Entry date 08/12/99]       [2: 98cv6341]

8/18/99    17    ANSWER TO COUNTERCLAIM [12-1] by counter-defendant USA in
2:98-cv-06341 (Relates to MDL 12370 (shb)     [Entry date 08/19/99]
[2:98cv6341]

10/1/99    18    ANSWER filed by defendant USA to first amended complaint
[16-1] (Relates to MDL 1237) (shb) [Entry date 10/04/99]     [2: 98cv6341]

10/1/99    19    STIPULATION and ORDER by Judge Harry L. Hupp tht the ti  of
dft USA to ans Plfs' 1st Amd Cmp be extd to and including  10/1/99 for the
following cmps: CV-98-6466
(AHN) CV-98-6334 (CHOI) , CV-98-6336 (HAN) , CV-98-6344 (HONG)     CV-98-6337
(HUR) , CV-98-6343 (JUNG) , CV-98-6345 (KANG)    CV-98-6338 (LEE,JOHN),
CV-98-6342 (LEE,GOUN), CV-98-6339     (LEE,HAN), CV-98-6465 (PARK),
CV-98-6341 (SEO), and CV-98-6463 (YOON) (pbap) [Entry date 10/28/99]    [2:
98cv6341]

1/21/00    20    ANSWER filed by defendant Korean Air Lines Co to 1st amended
complaint [16-1] (pbap) [Entry date 02/01/00]
[2: 98cv6341]

5/31/00    22   NOTICE OF MOTION AND MOTION by defendant USA to dismiss, or in
the alt to transfer case to the District of Guam ; motion hearing set for
9:30 6/21/00 (Relates to MDL 1237) (shb) [Entry date 06/21/00] [2:98cv6341]

6/7/00    21   OPPOSITION by plaintiff Seon Kang Kang, plaintiff Cheol Seok
Seo to USA's mot to dism or in the alt to transfer    case to the District
of Guam (shb) [Entry date 06/09/00]
[2: 98cv6341]

6/14/00    23   REPLY by defendant USA to response to motion to dismiss
[22-1], motion to transfer case to the District of Guam    [22-2] (Relates
to MDL 1237) (shb) [Entry date 06/21/00]
[2: 98cv6341]

7/3/00    24   ERRATA sheet to Dft USA's reply memo in supprt of motion  to
dismiss [22-1], motion to transfer case to the District of Guam [22-2] (pbap)
[Entry date 07/05/00]
[2:98cv6341]

7/31/00    25   DECLARATION of Brian J. Alexander by plaintiff Steering
Committee (pbap) [Entry date 08/01/00] [2:98cv6341]

7/31/00    26   SURREPLY in Opp by plaintiff Steering Committee to motion to
dismiss [22-1], motion to transfer case to the District of Guam [22-2] (pbap)
[Entry date 08/01/00]    [2:98cv6341]

8/2/00    31   COMPLAINT-IN-INTERVENTION by intervenor plaintiff Korean Labor
Welfare ; summons not issd. (per ord m.o. dtd 8/28/00); re: MDL 1237 (pbap)
[Entry date 09/07/00] [2: 98cv6341]

8/7/00    27   NOTICE of Lien by intervenor plaintiff Korean Labor  Welfare
Corp ( re MDL 1237) (pbap) [Entry date 08/09/00]
[2: 98cv6341]

8/7/00    28   RESPONSE by defendant USA to plfs' Surreply in app to motion to
dismiss [22-1], to motion to transfer case to the    District of Guam [22-2]
(pbap) [Entry date 08/10/00]   [2: 98cv6341]

8/10/00    29   NOTICE OF MOTION AND MOTION by plaintiff Steering  Committee
re choice of law on the issue of damages agnst dfts US,  Serco and KAL ;
motion hearing set for 10:00 8/28/00 Lodged ord (pbap) [Entry date 08/11/00]
[2:98cv6341]

8/10/00    30   MEMORANDUM IN SUPPORT by plaintiff Steering Committee of
motion re choice of law on the issue of damages agnst dfts US, Serco and KAL
[29-1] (pbap) [Entry date 08/11/00]    [2: 98cv6341]

9/1/00    32   FIRST AMENDED COMPLAINT-IN-INTERVENTON by intervenor plaintiff
Korean Labor Welfare ; summons not issued. (re: MDL 1237) (pbap) [Entry date
09/07/00]
[2:98cv6341]

9/21/00    33   ANSWER filed by defendant Serco Management Svc to 1st amd
complaint [32-1]; jury demand (pbap) [Entry date 09/22/00]    [2:
98cv6341]

9/26/00    34   ANSWER filed by defendant USA to 1st amd complaint   [32-1]
(pbap) [Entry date 09/28/00] [2:98cv6341]

3/7/01    35   MEMO OF CONTENTIONS OF FACT and LAW by defendant Korean  Air
Lines Co (MDL No. 1237) (dw) [Entry date 03/08/01]    [2: 98cv6341]

3/7/01    36   WITNESS list submitted by defendant Korean Air Lines Co (MDL
No. 1237) (dw) [Entry date 03/08/01] [2:98cv6341]

3/7/01    37   STIPULATION filed tht plfs shl hv an ext until 3/12/01 to fi
their jnt exh lst, wit lst, and memo of contentions of law (pbap) [Entry date
03/09/01] [2:98cv6341]

3/7/01         LODGED/PROPOSED ORDER submitted . (FWD TO CRD) (pbap)
[Entry date 03/09/01] [2:98cv6341]

3/9/01    38   ORDER by Judge Harry L. Hupp tht plfs shl hv an ext until
3/12/01 to fi their jnt exh lst, wit lst, and memo of     contentions of fact
and law. This ext shl in no way affect
other pretrial subm dates. (pbap) [Entry date 03/13/01]
[2: 98cv6341]

3/9/01    39   ORDER by Judge Harry L. Hupp tht plfs shl hv an ext until
3/12/01 to fi their jtn exh lst, wit lst, and memo of     contentions of fact
and law. This ext shi in no way affect
other pretrial subm dates. (pbap) [Entry date 03/13/01]
[2: 98cv6341]

3/12/01   40   Jnt exh lst. (re: MDL 1237) (pbap) [Entry date 03/13/01]   [2
: 98cv6341]

3/12/01 41   MEMO OF CONTENTIONS OF FACT and LAW by plaintiffs (re:  MDL
1237) (pbap) [Entry date 03/15/011 [2:98cv6341]

3/12/01 42   WITNESS list submitted by plaintiffs (re: MDL 1237)  (pbap)
[Entry date 03/15/01] [2:98cv6341]

3/19/01 43   OPPOSITION by plaintiffs to Korean Airlines co. Ltd's response
(raised in connection with US' mtn to str plfs' expert wits. (pbap) [Entry
date 03/21/01] [2:98cv6341]

3/22/01 44   NOTICE OF MOTION AND MOTION by defendant Korean Air  Lines Co in
limine to exclude all liability evid or evid relating to conduct of dfts at
dm trials (dw) [Entry date 03/26/01] [2:98cv6341]

3/28/01 45   MINUTES: by Judge Harry L. Hupp ; pretrial conference  on 1:30
4/9/01 The revised PTC order shall contain the fol: (see mins) CR: Cynthia L.
Mizell (yc) [Entry date 04/04/01] [2 : 98cv6341]

4/4/01    46   STIPULATION and ORDER by Judge Harry L. Hupp that plfs & dft
Korean Air Lines Co Ltd shall have until 4/11/01 to     file joint P/T Ord &
amd exh list; The pretrial
conference is cont to 1:30 4/18/01 (dw) [Entry date 04/11/01]
[2: 98cv6341]

4/4/01    47   MINUTES: ORDER RE PRE-TRIAL CONFERENCE ORDERS. Liability issues
are already preserved by having been raised and rejected previously. In the
alternative, Plaintiffs' counsel may preserve this issue by reiterating in th
enre pre-trial conference orders their objection to the Court's ruling
precluding liability issues. by Judge Harry L. Hupp
 CR: Cynthia Mizell (Relates to MDL 1237. cv 98-6334, 98-6344, 98-6337,
98-6343, 98-6345, 98-6338, 98-6341) (shb)
[Entry date 04/12/01] [2:98cv6341]

4/5/01    48   MINUTES: Cnsl for the following cases: 98-6334; 98-4500;
98-6345; 98-6344; 98-6343; 98-6342; 98-6341; 98-6337;     98-6388; 98-6316;
98-6806; 98-5450; 98-6369; 98-2243; 98-6389; 99-13513; 99-7226; 99-13527;

```
99-13508; 98-6387 are advised of the
PTC set for 4/18/01 at 1:30 p.m. If you have any questions concerning this
minute order, please contact the crt clerk at (213) 894-5216 by Judge Harry
L. Hupp CR: not present
(pbap) [Entry date 04/16/01]     [2: 98cv6341]

4/11/01    LODGED PTC ord (re: Mi Shil Seo)   (FWD TO CRD) (pbap) [Entry date
04/17/01]  [2:98cv6341]

4/11/01 49   FIRST AND WITNESS list submitted by plaintiffs (re: Mi  Shil
Seo) (pbap) [Entry date 04/18/01] [2:98cv6341]

4/11/01 50   JNT EXHIBIT list. (re: Mi Shil Seo) (pbap) [Entry date 04/18/01]
[2:98cv6341]

4/12/01    51   FIRST AMD WITNESS list submitted by defendant Korean Air Lines
Co. (re: Seo, Cheol Seok) (pbap) [Entry date 04/18/01] [2:98cv6341]

4/18/01    52   MINUTES: pretrial conference held & Contd to 10:00     5/30/01
by Judge Harry L. Hupp CR: Carmen (pbap) [Entry date 04/24/01] [2:98cv6341]

4/18/01    53   MINUTES: PTC ORDER. All OSCs are vacated by Judge Harry  L.
Hupp CR: Cynthia L. Mizell **see MO for detailed info** (pbap) [Entry date
04/24/01] [2:98cv6341]

4/20/01    54   WITNESS list submitted by intervenor plaintiff Korean  Labor
Welfare (pbap) [Entry date 04/25/01] [2:98cv6341]

4/20/01    55   EXHIBIT list by intervenor plaintiff Korean Labor  Welfare
(pbap) [Entry date 04/25/01] [2:98cv6341]

4/27/01    56   NOTICE OF MOTION AND MOTION by intervenor plaintiff  Korean
Labor Welfare for protective order re: plfs' depo ntc of Rim Hwa Young ;
motion hearing set for 9:00
5/23/01 (dhl) [Entry date 05/03/01] [2:98cv6341]

4/27/01    57   DECLARATION of Robert L Wallan by intervenor plaintiff Korean
Labor Welfare in suppt of motion for protective     order re: plfs' depo ntc
of Rim Hwa Young [56-1] (dhl)    [Entry date 05/03/01] [2:98cv6341]

4/27/01 58   PROOF OF SERVICE by intervenor plaintiff Korean Labor Welfare on
4/27/01 of ntc of mot & mot for protective ord, decl in suppt; svd by fax on
Frank G Fleming & Brian J Alexander & svd by mail on attached svc list. (dhl)
[Entry date 05/03/01] [2:98cv6341]

5/2/01   59   NOTICE OF MOTION AND MOTION by defendant USA to dismiss KLWC's
claims for lack of subject matter jurisdiction ;    motion hearing set for
10:00 5/30/01 (dhl) [Entry date 05/03/01] [2:98cv6341]

5/2/01    60   NOTICE OF MOTION AND MOTION by intervenor plaintiff Korean
Labor Welfare re: subrogation ; motion hearing set for 10:00 5/30/01 (dhl)
[Entry date 05/04/01] [2:98cv6341]

5/2/01    61   DECLARATION of Rebecca N Kaufman by intervenor plaintiff Korean
Labor Welfare in suppt of motion re: subrogation [60-1] (dhl) [Entry date
05/04/01] [2:98cv6341]

5/2/01    62   DECLARATION of Jin Su Yune by intervenor plaintiff Korean Labor
Welfare in suppt of motion re: subrogation [60-1] (dhl) [Entry date 05/04/01]
[2:98cv6341]

5/2/01    63   DECLARATION of Hwa Young Lim by intervenor plaintiff Korean
```

Labor Welfare in suppt of motion re: subrogation [60-1] (dhl) [Entry date 05/04/01] [2:98cv6341]

5/2/01 64   PROOF OF SERVICE by intervenor plaintiff Korean Labor Welfare on 5/2/01 of mot re: subrogation, decl of Hwa Young Lim, decl of Jin Su Yune, decl of Rebecca N Kaufman
& proof of svc; svd on attached svc list by mail. (dhl) [Entry date 05/04/01] [2:98cv6341]

5/2/01   65   BRIEF FILED by defendant Korean Air Lines Co re KLWC  claims (dhl) [Entry date 05/04/01] [2:98cv6341]

5/2/01   66   DECLARATION of Jennifer J Johnston by defendant Korean Air Lines Co in suppt of brief [65-1] (dhl)  [Entry date 05/04/01] [2:98cv6341]

5/2/01   67   DECLARATION of Eun Young Jung by defendant Korean Air Lines Co in suppt of brief [65-1] (dhl) [Entry date 05/04/01] [2:98cv6341]

5/2/01   68   NOTICE OF MOTION AND MOTION by plaintiffs for summary judgment ; motion hearing set for 10:00 5/30/01 (dhl) [Entry date 05/04/01] [2:98cv6341]

5/2/01   69   MEMORANDUM IN SUPPORT by plaintiffs of motion for summary judgment [68-1] (dhl) [Entry date 05/04/01] [2:98cv6341]

5/2/01   70   DECLARATION of Francis G Fleming by plaintiffs in suppt of motion for summary judgment [68-1] (dhl)
[Entry date 05/04/01] [2:98cv6341]

5/3/01   71   MINUTES: vacating hearing re motion for protective order re: plfs' depo ntc of Rim Hwa Young [56-1], due to    plf-in-intervention's failure to file a jnt stip as required by
Local Rules by Magistrate Judge Rosalyn M. Chapman CR: none (pbap) [Entry date 05/07/01]   [2: 98cv6341]

5/4/01 72   NOTICE OF DISCREPANCY AND ORDER by Judge Harry L. Hupp plfs' (1) ntc of mot & mot for Summ jgm; (2) memo of P&A's; (3) decl of Fleming; (4) stint of uncontrov facts rcd on 5/2/01 are to be fld and processed. (pbap) [Entry date 05/14/01] [2:98cv6341]

5/16/01   73   OPPOSITION by defendant Korean Air Lines Co to motion  re: subrogation [60-1] (dhl) [Entry date 05/17/01]
[2: 98cv6341]

5/16/01   74   DECLARATION of Jennifer J Johnston by defendant Korean  Air Lines Co in suppt of opp to motion re: subrogation [60-1] (dhl) [Entry date 05/17/01] [2:98cv6341]

5/16/01   75   OPPOSITION by plaintiffs to motion re: subrogation  [60-1] (dhl) [Entry date 05/17/01] [2:98cv6341]

5/16/01 76   OPPOSITION by intervenor plaintiff Korean Labor Welfare  to motion to dismiss KLWC's claims for lack of subject matter jurisdiction [59-1] (dhl) [Entry date 05/17/01] [2: 98cv6341]

5/16/01 77   DECLARATION of Jin Su Yune by intervenor plaintiff  Korean Labor Welfare in suppt of KLWC's opp to plfs' & dfts' briefs re: subrogation [60-1] (dhl) [Entry date 05/17/01]
[2: 98cv6341]

5/16/01 78   Suppl DECLARATION of Hwa Young Lim by intervenor  plaintiff Korean Labor Welfare in suppt of KLWC's opp to dfts' & plfs' briefs re:

subrogation [60-11 (dhl) [Entry date 05/17/01] [2:98cv6341]

5/16/01 79    RESPONSE by intervenor plaintiff Korean Labor Welfare to KAL's brief re: KLWC"s subrogation claims [60-1] (dhl) [Entry date 05/17/01] [2:98cv6341]

5/16/01 80    OBJECTIONS filed by intervenor plaintiff Korean Labor Welfare to deci of Eun Young Jun fld in suppt of KAL's brief re: KLWC's subrogation claims [60-1] (dhl) [Entry date
05/17/01] [2:98cv6341]

5/16/01 81    OPPOSITION by intervenor plaintiff Korean Labor Welfare  to motion for summary judgment [68-1] (dhl) [Entry date 05/17/01] [2:98cv6341]

5/16/01 82    STATEMENT of genuine issues by intervenor plaintiff  Korean Labor Welfare in suppt of its opp to motion for summary judgment [68-1] (dhl) [Entry date 05/17/01] [2:98cv6341]

5/16/01 83    PROOF OF SERVICE by intervenor plaintiff Korean Labor Welfare on 5/16/01 of Opp to mot to dism re: subrogation, Resp to KAL's brief re: subrogation claims, Opp to plfs' mot
for summary judgment, and related documents svd on attached svc list by fax. (dhl) [Entry date 05/17/01] [2: 98cv6341]

5/16/01 84    Memorandum in OPPOSITION by defendant USA to KLWC's  motion re: subrogation [60-1]; Declaration of Mark A Tomichich and attachment (Relates to MDL 1237; cv 98-6316; 98-6334; 98-6337; 98-6338; 98-6342; 98-6343; 98-6344; 98-6345; 98-6388) (shb) [Entry date 05/21/01] [2:98cv6341]

5/23/01 85    REPLY by intervenor plaintiff Korean Labor Welfare to opposition to motion re: subrogation [60-1] (Relates to MDL 1237, cv 98-6334, 98-6344, 98-6339, 98-6377, 98-6343, 98-6345,98-6338, 98-6341, 98-6342) (shb) [Entry date 05/24/01] [2:98cv6341]

5/23/01    86    REPLY by intervenor plaintiff Korean Labor Welfare to  KAL's opp to motion re: subrogation [60-1] (dhl) [Entry date 05/25/01] [2:98cv6341]

5/23/01    87    DECLARATION of Rebecca N Kaufman by intervenor plaintiff Korean Labor Welfare in suppt of KLWC's reply brief re motion re: subrogation [60-1] (dhl) [Entry date 05/25/01] [Edit date 05/25/01] [2:98cv6341]

5/23/01    88    PROOF OF SERVICE by intervenor plaintiff Korean Labor Welfare on 5/23/01 of reply briefs to oppositions to KLWC's motions re: subrogation; svd on attached svc
list by overnight courier (dhl) [Entry date 05/25/01]  [2: 98cv6341]

5/23/01    89    Objections by intervenor plaintiff Korean Labor Welfare to decl of Jungil Lee Esq re motion re: subrogation [60-1] (dhl) [Entry date 05/25/01] [2:98cv6341]

5/23/01    90    REPLY brief by defendant USA in suppt of its motion to dismiss KLWC's claims for lack of subject matter jurisdiction [59-1] (dhl) [Entry date 05/25/01] [2: 98cv6341]

5/23/01    92    REPLY by defendant Korean Air Lines Co to response of  KLWC re KLWC's claims to motion to dismiss KLWC's claims for lack of subject matter jurisdiction [59-1]
[Relates to MDL 1237] (et) [Entry date 05/31/01] [2:98cv6341]

5/23/01    93    REPLY by intervenor plf Korean Labor Welfare Corporation  to the United States' opp to motion re: subrogation [60-1]. (gk) [Entry date

05/31/01] [2:98cv6341]

5/23/01   94   MINUTES by Judge Harry L. Hupp: Crt in informed all mots set for 5/30/01 are settled, therefore, ; pretrial    conference off calendar, taking motion to dismiss KLWC's
claims for lack of subject matter jurisdiction [59-1] off    calendar, taking motion for summary judgment [68-1] off calendar, taking motion re: subrogation [60-1] off calendar. CR: n/a.  (gk) [Entry date 06/06/01]    [2: 98cv6341]

5/25/01   91   NOTICE OF FILING OF DECLARATION of Jungil Lee, Esq. by plaintiff(s) re opp to KLWC's motion re: subrogation [60-1] (et) [Entry date 05/31/01] [2:98cv6341]

6/6/0 1   95   PRE-TRIAL CONFERENCE ORDER approved by Judge Harry L.  Hupp (re: Mi Shil Seo), re: MDL 1237 **see ord for info** (pbap)      [Entry date 06/13/01] [2:98cv6341]

6/6/01   96   MINUTES: ORD that the following cases are transferred to the District of Guam upon the filing of the pretrial conference order and the filing of this minute order: CV 98-6334,   CV 98-6337, CV 98-6338, CV 98-6341, CV 98-6342, CV 98-6343, CV 98-6344, CV 98-6345. Upon completion of transfer, counsel may expect a notice from Judge Unpingco in
Guam (as to the Guam cases) and the judge assigned in this district (as to the retained crew case) setting up a status conference to set trial dates and other matters. Any further procedural matters as to the Guam cases and the damage aspects of the retained crew case (motions, stipulations, application, etc.) should be set before the judge to whom the case is or will be assigned and not to this court. Case transferred to Dist of: Guam by Judge Harry L. Hupp CR: Cynthia L. Mizell.  (ENT 6/13/01) MD JS 6 mld cpys & ntc (pbap) [Entry date 06/13/01] [2: 98cv6341]

6/15/01 TRANSMITTAL of documents org file, cc docket and ord to District of GUAM.  (pbap) [Entry date 06/15/01]    [2: 98cv6341]
;   [WMT EOD 06/28/2001]